DAVID R. ONGARO, State Bar No. 154698
dongaro@ongaropc.com
CARA R. SHERMAN, State Bar No. 269343
csherman@ongaropc.com
CHRISTINE LEE State Bar No. 330436
clee@ongaropc.com
ONGARO PC
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-390)
Facsimile: (415) 433-3950

Attorneys for Defendants
CONTRACT FREIGHTERS, INC.

ALAN HARRIS, SBN 146079
harissa@harrisandruble.com
DAVID GARRETT, SBN 160274
dgarrett@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue 17th Floor
Glendale, California 91203
Telephone: (323)-962-3777

Attorneys for Plaintiff
MARTIN MARINE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRCIT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARTIN MARINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACT FREIGHTERS, INC.; HEARTLAND EXPRESS SERVICES, INC.; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No.: 2:25-cv-03182<br><br>**JOINT NOTICE OF SETTLEMENT OF ACTION**<br><br>Complaint filed: February 28, 2025 |

1 | Plaintiff MARTIN MARINE and Defendant CONTRACT FREIGHTERS, INC., by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The parties are in the process of finalizing the settlement and anticipate filing a dismissal within sixty (60) days.

Accordingly, the Parties hereby request that the Court vacate all pending due dates and hearings in this matter.

Respectfully Submitted,

Dated: May 30, 2025                                **ONGARO PC**

                                                    By: _[signature]_____
                                                    DAVID R. ONGARO
                                                    CARA R. SHERMAN
                                                    CHRISTINE LEE
                                                    Attorneys for Defendants
                                                    CONTRACT FREIGHTERS, INC.

Dated: May 30, 2025                                **HARRIS & RUBLE**

                                                    */s/ David Garrett*
                                                    By: _____
                                                    ALAN HARRIS
                                                    DAVID GARRETT
                                                    Attorneys for Plaintiff
                                                    MARTIN MARINE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I declare that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 30, 2025                                */s/ David Ongaro*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1604 Union St., San Francisco, CA, 94123. On May 30, 2025, I electronically served the following document(s) on the interested parties listed below, using the following means:

### NOTICE OF SETTLEMENT OF ACTION

Alan Harris
David Garett
HARRIS & RUBLE
655 North Central Ave 17th Floor
Glendale, CA 91203
Tel: 323-962-3777
Fax: 323-962-3004
Email: harrisa@harrisandruble.com
dgarrett@harrisandruble.com

*Attorneys for Plaintiff Martin Marine*
*As an individual and on behalf of all other*
*similarly situated Class Members*

**[X] SERVICE BY ELECTRONIC TRANSMISSION/E-MAIL:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) on the date shown below to the e-mail addresses of the persons listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 30, 2025, in San Francisco, California.

Christine M. Gill