DAVID R. ONGARO, State Bar No. 154698
dongaro@ongaropc.com
CARA R. SHERMAN, State Bar No. 269343
csherman@ongaropc.com
CHRISTINE LEE State Bar No. 330436
clee@ongaropc.com
ONGARO PC
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Attorneys for Defendants
CONTRACT FREIGHTERS, INC.

*Counsel for Plaintiff listed on the next page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORIA – WESTERN DIVISION

| | |
|---|---|
| MARTIN MARINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CONTRACT FREIGHTERS, INC.; HEARTLAND EXPRESS SERVICES, INC.; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No.: 2:25-cv-03182-JAK-BFM<br><br>**STIPULATION TO DISMISS ALL INDIVIDUAL CLAIMS WITH PREJUDICE AND ALL CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(a)(II)**<br><br>Complaint filed: February 28, 2025 |

STIPULATION TO DISMISS

1 | HARRIS & RUBLE
2 | Alan Harris, SBN 146079
  | HarrisA@harrisandruble.com
3 | David Garrett, SBN 160274
  | DGarrett@harrisandruble.com
4 | 655 North Central Avenue, 17th Floor,
  | Glendale, CA 91203
5 | Telephone: +1.323.962.3777
  | Facsimile: +1.323.962.3004
6 |
7 | Counsel for Plaintiff
  | MARTIN MARINE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARTIN MARINE ("Plaintiff") and Defendants CONTRACT FREIGHTERS, INC. and HEARTLAND EXPRESS SERVICES, INC. ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate to Plaintiff's voluntary dismissal of the entire case, with the individual claims of Plaintiff to be dismissed with prejudice, and class claims to be dismissed without prejudice.

The Parties shall bear their own attorneys' fees and costs of suit incurred to date in connection with Plaintiff's claims against Defendants and this dismissal. All Parties that have appeared in this action have consented and agreed to the dismissal of this action pursuant to this Stipulation. Accordingly, this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: August 11, 2025        **ONGARO PC**

By: _____
DAVID R. ONGARO
CARA R. SHERMAN
CHRISTINE LEE
Attorneys for Defendant
CONTRACT FREIGERS, INC.

Dated: August 11, 2025        **HARRIS & RUBLE**

By: _____
ALAN HARRIS
DAVID GARRETT
Attorneys for Plaintiff
MARTIN MARINE

## FILER'S ATTESTATION

I, David Garrett, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 11, 2025

HARRIS & RUBLE

By    */s/ David Garrett*
       David Garrett

Attorney for Plaintiff
MARTIN MARINE